**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WALTER ROBERTS,
    Plaintiff,

vs.

Case No.  8:08-CV-2411-T-33TBM

CONSUMER RECOVERY ASSOCIATES
LLC., ET AL.,
    Defendants.
                                 /

## Plaintiff's Notice of Voluntary Dismissal with Prejudice

COMES NOW the Plaintiff, WALTER ROBERTS, through and by his undersigned attorney, voluntarily discontinues the above entitled action and dismisses the Complaint with prejudice.

Dated:  April 10, 2009

Respectfully submitted,

 /s/ G. Donald Golden
G. DONALD GOLDEN, ESQUIRE
Florida Bar No. 0137080
E-Mail:  don@brandonlawyer.com
JAMES W. ELLIOTT, ESQUIRE
Florida Bar No. 0040961
E-Mail: james@brandonlawyer.com
THE GOLDEN LAW GROUP
213 N Parsons Avenue
Brandon, Florida   33510
Telephone:  (813) 413-8700
Facsimile:   (813) 413-8701
Attorneys for Plaintiff